UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: _____ |
|---|---|
| | Chapter: _____ |
| | Judge: _____ |

## ORDER OF DISMISSAL
## FOR FAILURE TO FILE MISSING DOCUMENTS

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

DATED: _____     _____
                                           Judge, United States Bankruptcy Court

**(Page 2)**

Upon the motion of the Court and for good cause shown, it is

ORDERED that this case is dismissed and any discharge which was granted is vacated. All outstanding fees to the Court are due and owing and must be paid within 5 days of the date of this Order.

Pursuant to Fed. R. Bankr. P. 2002(f), the Clerk shall notify all parties in interest of the entry of this order.